CLARENCE L. BARBER, as Assignee of HORACE M. HOOKER, et al., Appellants, *v.* CURTIS A. BARNUM, Respondent.

*Barber* v. *Barnum,* 117 App. Div. 325, appeal dismissed.
(Argued May 23, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March

20, 1907, which reversed an order of Special Term granting a motion to renew a prior motion for leave to sell defendant's interest in certain property and granting permission for such sale.

*Clarence L. Barber* for appellants.

*Carlton B. Pierce* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.